FILED
2005 MAY -2 P 3:31
CLERK US DIST COURT
EASTERN DIST OF CALIF
AT FRESNO
DEPUTY

# United States District Court

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

## ORDER SETTING CONDITIONS OF RELEASE

Billy G. Darnell
Defendant

Case Number: 1:05 mj - 00085

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing of any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall next appear at (if blank, to be notified) COURTROOM four
Place
U.S. DISTRICT COURT, JUDGE Snyder on May 13, 2005 10:30 am
Date and Time

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✓ ) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

( ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of __________ dollars ($__________) in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

**DARNELL, Billy**
**05-0085M**

## ADDITIONAL CONDITIONS OF RELEASE

**Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:**

**( ) (6) The defendant is placed in the custody of:**

**Name of person or organization**

**who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.**

**SIGNED: ______________________________**
**CUSTODIAN OR PROXY**

(X) (7) The defendant shall:

( ) (a) maintain or actively seek employment, and provide proof thereof to the PSO upon request.
( ) (b) maintain or commence an educational program.
( ) (c) abide by the following restrictions on his personal associations, place of abode, or travel: Reside at a residence approved by Pretrial Services, and not move or be absent from this residence for more than 24 hrs. without prior approval of PSO; travel restricted to , unless otherwise approved in advance by PSO.
( ) (d) avoid all contact with the following named persons, who are considered either alleged victims or potential witnesses: , unless in the presence of counsel or otherwise approved in advance by the PSO.
(X) (e) report on a regular basis to the following agency: Pretrial Services and comply with their rules and regulations.
( ) (f) comply with the following curfew:
( ) (g) refrain from possessing a firearm, destructive device, or other dangerous weapon.
(X) (h) not be employed or participate in any volunteer activities in which there is the likelihood of contact with children under the age of 18.
(X) (i) be personally responsible for the cost of your participation in the Electronic Monitoring Program and shall pay the monthly fee as instructed by the Pretrial Services Agency;
(X) (j) not access the Internet and you shall provide proof of the disconnection or termination of this service as required by the Pretrial Services Officer.
(X) (k) not use or possess a computer in your residence or at any other location unless otherwise approved by the Pretrial Services Officer.
(X) (l) not loiter or be found within 100 feet of any school yard, park, playground, arcade or other place primarily used by children under the age of 18.
(X) (m) not associate or have verbal, written, telephonic or electronic communication with any person who is under the age of 18, except in the presence of another adult who is the parent or legal guardian of the minor.
(X) (n) surrender any passport to the Clerk, United States District Court.
(X) (o) obtain no passport during the pendency of this case.
(X) (p) report in person to the Pretrial Services Agency on the first working day following your release from custody.
( ) (q) you shall submit to drug and/or alcohol testing as directed by PSO.
( ) (r) you shall report any prescriptions to PSO within 48 hours of receipt.
(X) (s) participate in one of the following home confinement program components and abide by all the requirements of the program which will include electronic monitoring or other location verification system.
    (X) (ii) **Home Detention.** You are restricted to the residence of Ilona Darnell at all times except for employment; education; religious services; or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the Pretrial Services office or supervising officer.
(X) (t) in accordance with this release order, have a Home Monitoring Unit installed in your residence, a radio frequency transmitter device attached to your person, and shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of Securicor EMS.

(Copies to: Defendant, US Attorney, US Marshal, Pretrial Services)